UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CYNTHIA IRONS                                CIVIL ACTION

VERSUS                                       NUMBER: 07-9337

MICHAEL J. ASTRUE,                           SECTION: "N"(5)
COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION

## O R D E R

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections to the Magistrate Judge's Report and Recommendation filed by the Plaintiff on February 17, 2009, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's motion for summary judgment is **DENIED** and that defendant's motion for summary judgment is **GRANTED**

New Orleans, Louisiana, this 23rd day of February, 2009.

UNITED STATES DISTRICT JUDGE